IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EMIR SEHIC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 3:12cv614-WKW-TFM |
| | ) |
| WILLIAM VAN ANDERSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the Motion to Strike the Defendants' Answer filed by the plaintiff on September 7, 2012. (Doc. No. 10.) Upon consideration of the Motion, it is

ORDERED that the Motion to Strike be and is hereby DENIED.

Done this 10th day of September, 2012.

                        /s/Terry F. Moorer
                        TERRY F. MOORER
                        UNITED STATES MAGISTRATE JUDGE