IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EMIR SEHIC, | | |
| | Plaintiff, | No. 2:12-cv-3030 DAD |
| vs. | | |
| WILLIAM VAN ANDERSON;<br>MAYUKA S ANDERSON, | | ORDER SETTING STATUS CONFERENCE |
| | Defendants | |
| _____ / | | |

Each of the parties in the above-captioned case have consented to proceed before the assigned magistrate judge. By order filed March 12, 2013, the action was reassigned to the undersigned.

On May 24, 2013, the parties appeared before the undersigned, a settlement conference was held, the parties reached a settlement agreement and the terms and conditions of that settlement agreement were placed on the record. On June 4, 2013, plaintiff filed a document with the court indicating that there is now a dispute between the parties over the terms of the settlement agreement that was reached.

/////

/////

1

Accordingly, IT IS ORDERED that:

1. A Telephonic Status Conference is set for **Friday, July 26, 2013, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

2. Each party shall appear at the Telephonic Status Conference, either by counsel or, if proceeding in propria persona, on his own behalf.  The parties shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the Telephonic Status Conference; a land line telephone number must be provided.

3. Each party may, but is not required to, file and serve a separate status report on or before **July 19, 2013**, of no more than 5 pages addressing the current state of the parties' dispute.

4. The parties are cautioned that failure to appear at the status conference *will likely* result in an order imposing an appropriate sanction.[1] See Local Rules 110 and 183; see also Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989) ("once a pro se IFP litigant is in court, he is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure. These rules provide for sanctions for misconduct and for failure to comply with court orders.").

DATED: June 13, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\sehic3030.ossc2

---

[1] The Court will drop this matter from the July 26, 2013 calendar if plaintiff files a notice of voluntary dismissal on or before July 22, 2013.