UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIR SEHIC,<br><br>                    Plaintiff,<br><br>        v.<br><br>WILLIAM VAN ANDERSON;<br>MAYUKA S. ANDERSON,<br><br>                    Defendants. | No.  2:12-cv-3030 DAD<br><br><br>ORDER |

   Each of the parties in the above-captioned case has consented to proceed before the assigned magistrate judge.  By order filed March 12, 2013, the action was reassigned to the undersigned.

   On September 17, 2013, defendants' opposition to plaintiff's motion to withdraw from the parties' settlement agreement was filed.  (Doc. No. 38.)  It does not appear from reading defendants' filing that plaintiff was served with a copy of defendants' opposition.[1]

/////

/////

/////

---

[1] Defendants are advised that they must attach a proof of service to their court filings reflecting service upon plaintiff.

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. Defendants shall serve plaintiff with a copy of the opposition filed on

3 | September 17, 2013 within seven days of the date of this order; and

4 | 2. Plaintiff shall file his reply, if any, on or before October 8, 2013.

5 | Dated: September 25, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\sehic3030.serve.opp.docx